SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
OSCAR MAGALLANES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSCAR MAGALLANES, | Case No.: 2:24-cv-08565-SPG (KSx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| BANKE BIHARI LLC D/B/A LITTLE CAESARS PIZZA; MODOC PROPERTIES, LLC; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff OSCAR MAGALLANES ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: January 2, 2025            SO. CAL EQUAL ACCESS GROUP

                                          */s/ Jason J. Kim*
                                       JASON J. KIM
                                       Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE